IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KOFI CAMPBELL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> C.R. ENGLAND, INC., *et al.* <br><br> Defendants. | CIVIL ACTION NO.: 13-262 |

**PLAINTIFFS' NOTICE OF FILING OF CONSENT**

Pursuant to 29 U.S.C. §216(b), Plaintiff hereby provides the attached Consent Forms.

Respectfully Submitted,

SWARTZ SWIDLER, LLC

*/s Justin L. Swidler*
Justin L. Swidler, Esq. (Admitted Pro Hac Vice)
Swartz Swidler LLC
1878 Marlton Pike E., Suite 10
Cherry Hill, NJ 08003
Tel: (856) 685-7420
Fax: (856) 685-7417
jswidler@swartz-legal.com

Attorneys for Plaintiff