IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KOFI CAMPBELL, *et al.*, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>C.R. ENGLAND, INC., *et al.*<br><br>Defendants. | No. <u>13-262</u> |

**CONSENT TO JOIN LAWSUIT**

I, the undersigned, hereby consent to be an Opt-In Party Plaintiff in the above-captioned matter which seeks to recover compensation for minimum wage not paid as required by the Fair Labor Standards Act. I was employed by C.R. England as an over-the-road truck driver within the last three years. I wish to be included as a party and to be bound by any judgment in the claims being asserted against C.R. England by former and current employees of C.R. England and I hereby give consent to Swartz Swidler, LLC, to bring suit against C.R. England on my behalf under the Fair Labor Standards Act. I further designate Swartz Swidler, LLC and the Representative Plaintiffs as my agents in making decisions on my behalf in this litigation, including entering into settlement agreements pertaining to this matter.

Marvin E Rush
_____
Full Name

5403 Jeff Davis Apt 104
_____
Street Address

Austin Tx 78756
_____
City, State, and Zip

512 614 7230
_____
Telephone Number

**Signature:** *Marvin Rush*
Marvin Rush (May 10, 2013)

May 10, 2013

**Email:** rushmarvim298@gmail.com