## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **KOFI CAMPBELL**, *et al.*<br><br>                               **Plaintiffs,**<br>    **v.**<br><br>**C.R. ENGLAND, INC.,** *et al*<br><br>                  **Defendants.** | **ORDER ON JOINT MOTION FOR PRELIMINARY APPROVAL OF FLSA SETTLEMENT AND RELATED RELIEF**<br><br>**DOCKET NO: 13-CV-00262** |

Upon Consideration of the Parties' Joint Motion for Preliminary Approval of the FLSA Settlement:

1.      Preliminary approval to the proposed FLSA Collective Action Settlement is GRANTED;

2.      The Court GRANTS final certification of the FLSA Collective Action for Purposes of Settlement Only;

3.      The Notice submitted to the Court (Doc. No. 128-2) shall be distributed to all FLSA opt-in Plaintiffs by First Class Mail within 15 days of the Court's order;

4.      Any opt-in Plaintiff who wishes to object to the settlement must file his or her objection(s) within 45 days of the mailing of the Notice; and

5.      A Final Fairness Hearing shall be held on September 18, 2015, at 3:00 pm in the United States District Court for the District of Utah before the Honorable Clark Waddoups, USDJ.

DATED this 6th day of July, 2015.

BY THE COURT:

_____

Clark Waddoups
United States District Judge