| Date | Task | Time | Attorney |
|---|---|---|---|
| 3/26/2013 | Phone Consultation | 2.1 | Justin Swidler |
| 3/29/2013 | Draft Complaint | 3.4 | Justin Swidler |
| 4/2/2013 | Revise Complaint | 1.5 | Justin Swidler |
| 4/3/2013 | Conference with local counsel, James Harward | 0.2 | Justin Swidler |
| 4/5/2013 | Discussion with Billy Brooks | 0.8 | Justin Swidler |
| 4/5/2013 | Discussion with Howard Brooks | 0.5 | Justin Swidler |
| 4/6/2013 | DIscussion with 3 potention named plaintiffs | 1.7 | Justin Swidler |
| 4/8/2013 | Add claims made by other plaintiffs: substantial re-writing of complaint | 5.5 | Justin Swidler |
| 4/8/2013 | Reserach Utah Law Regarding Deductions, Wage & Hour Issues; Hybrid FLSA/Rule 23 concerns | 1 | Justin Swidler |
| 4/8/2013 | Review Complaint with 7 plaintiffs | 2.5 | Justin Swidler |
| 4/9/2013 | Meeting with Richard Swartz / Justin Swidler Re; Complaint | 1 | Justin Swidler |
| 4/9/2013 | Meeting with Richard Swartz / Justin Swidler Re; Complaint | 1 | Richard Swartz |
| 4/9/2013 | Review of Paystubs submitted by Caleb | 0.3 | Justin Swidler |
| 4/9/2013 | Discussion of Deductions with Caleb; modify deduction language in complaint | 0.8 | Justin Swidler |
| 4/9/2013 | Review Complaint and strategize | 2 | Richard Swartz |
| 4/9/2013 | Phone call with Caleb Jackson | 0.6 | Justin Swidler |
| 4/9/2013 | discussion with local counsel | 0.2 | Justin Swidler |
| 4/9/2013 | Prepare pro hac motion | 0.8 | Richard Swartz |
| 4/10/2013 | Emails to local counsel; discussion with local counsel | 1.2 | Justin Swidler |
| 4/10/2013 | Research state law regarding private right of action | 0.8 | Justin Swidler |
| 4/10/2013 | review edits by local counsel; revise complaint to add unjust | 0.8 | Justin Swidler |
| 4/12/2013 | Receive call from local counsel, Re; Service | 0.2 | Justin Swidler |
| 4/19/2013 | Review RICO Complaint against England, research to ensure | 2.3 | Justin Swidler |
| 4/24/2013 | Review affidavit of service | 0.1 | Justin Swidler |
| 4/26/2013 | Review order for pro hac | 0.1 | Justin Swidler |
| 4/28/2013 | Create website for opt-ins to join the action, create online | 9.5 | Justin Swidler |
| 5/2/2013 | DIscussion with opt-in plaintiff, how to join, case | 0.4 | Justin Swidler |
| 5/7/2013 | Prepare Consent Forms for filing | 0.2 | Justin Swidler |
| 5/8/2013 | Review Stipulatoin | 0.1 | Justin Swidler |
| 5/8/2013 | conference with local counsel re stipulations | 0.7 | Justin Swidler |
| 5/17/2013 | Review Answer to Determine extent of admissions, confernce with rs | 1.5 | Justin Swidler |
| 5/17/2013 | Review Answer to Determine extent of admissions, confernce with js | 1.5 | Richard Swartz |
| 5/18/2013 | Discussion with potential opt-in plaintiffs regarding case | 0.7 | Justin Swidler |
| 5/21/2013 | Discussion with potential opt-in plaintiffs regarding case | 0.1 | Richard Swartz |
| 5/22/2013 | Discussion with potential opt-in plaintiffs regarding case | 0.3 | Richard Swartz |
| 5/28/2013 | Review docket and discuss with local counsel General Order 07-001 and case progression | 1.2 | Justin Swidler |
| 5/29/2013 | Discussion of case with opt-in plainitffs | 0.4 | Justin Swidler |
| 5/30/2013 | Phone conference with RS, Named Plainitffs, status of case, opt-in plaintiffs, progression, strategy | 1.5 | Justin Swidler |
| 5/30/2013 | Phone conference with JS, Named Plainitffs, status of case, opt-in plaintiffs, progression, strategy | 1.5 | Richard Swartz |
| 5/30/2013 | Conference with H Brooks, RS, prepare declartation for cert motion | 1.2 | Justin Swidler |
| 5/30/2013 | Conference with H Brooks, JS, prepare declartation for cert motion | 1.2 | Richard Swartz |
| 6/1/2013 | Conference with Atkins, RS, prepare declaration for cert motion | 2.1 | Justin Swidler |
| 6/1/2013 | Conference with Atkins, JS, prepare declaration for cert motion | 2.1 | Richard Swartz |
| 6/1/2013 | Conference with B Brooks, prepare declaration for cert motion | 1.3 | Justin Swidler |
| 6/2/2013 | Conference with C Smiley, prepare declaration for cert motion | 1 | Justin Swidler |

| Date | Description | Hours | Attorney |
|---|---|---|---|
| 6/3/2013 | Discussion with opt-in plaintiffs regarding case | 1 | Justin Swidler |
| 6/5/2013 | Prepare for filing notice of opt-in consent forms | 0.2 | Justin Swidler |
| 6/5/2013 | Rule 26 Conference & email | 0.7 | Justin Swidler |
| 6/9/2013 | Conference with K. Campbell, prepare declaration for cert motion | 0.8 | Justin Swidler |
| 6/13/2013 | Review docket entry 27, forms, discussion with local counsel on local procedures for initial discovery plan, collective actions | 1 | Justin Swidler |
| 7/2/2013 | Begin drafting conditional cert motion | 7 | Justin Swidler |
| 7/5/2013 | conditinoal certificatino motion | 3.2 | Justin Swidler |
| 7/12/2013 | Discussion with opt in plaintiffs regarding case | 1.3 | Justin Swidler |
| 7/13/2013 | Discussion with opt in plaintiffs regarding case | 0.7 | Justin Swidler |
| 7/14/2013 | Conference call with Named Plaintiffs, rs, js | 1.5 | Justin Swidler |
| 7/14/2013 | Conference call with Named Plaintiffs, rs, js | 1.5 | Richard Swartz |
| 7/18/2013 | Rule 26 Conference | 0.4 | Justin Swidler |
| 7/18/2013 | Conditional Certification Motion | 4 | Justin Swidler |
| 7/19/2013 | Conditional Certification Motion | 8.5 | Justin Swidler |
| 7/22/2013 | phone consultation with opt-in - Richard Slocum, Jr. 937-608-2205 | 0.2 | Justin Swidler |
| 7/22/2013 | phone consultation with opt-in | 0.2 | Richard Swartz |
| 7/22/2013 | Review Scheduling Order | 0.1 | Justin Swidler |
| 7/22/2013 | Conditional Certification Motion | 6 | Justin Swidler |
| 7/31/2013 | Review Defendant's Initial Disclosures, Email for documents | 0.3 | Justin Swidler |
| 8/1/2013 | Discussion with opt-in re claims | 0.7 | Justin Swidler |
| 8/5/2013 | Draft Discovery Requests for Defendant | 2.4 | Justin Swidler |
| 8/5/2013 | Review discovery request, discuss | 0.6 | Richard Swartz |
| 8/7/2013 | Finalize discovery requests and send to d | 0.4 | Justin Swidler |
| 8/8/2013 | Review Defendant's Opposition Motion/Conference with Richard | 2.5 | Justin Swidler |
| 8/8/2013 | Review Defendant's Opposition Motion/Conference with Justin | 2.5 | Richard Swartz |
| 8/9/2013 | Review bank box of documents received by Defendant | 4 | Justin Swidler |
| 8/10/2013 | Continue to Review documents/driver logs provided by Defendant, compare to pay records | 6.5 | Justin Swidler |
| 8/12/2013 | Conference with Richard Swartz, Justin Swidler, Scott Hagan, Michael Blue, Re: Notice | 0.5 | Justin Swidler |
| 8/12/2013 | Conference with RIchard Swartz, Justin Swidler, Scott Hagan, Michael Blue, Re: Notice | 0.5 | Richard Swartz |
| 8/13/2013 | Conference call with Named Plaintiffs, rs, js | 1.4 | Justin Swidler |
| 8/13/2013 | Conference call with Named Plaintiffs, rs, js | 1.4 | Richard Swartz |
| 8/14/2013 | Revise Notice per discussion with Defendant, email to Defendant | 0.4 | Justin Swidler |
| 8/15/2013 | Draft Proposed Order and E-Mail to Judge Warner | 0.2 | Justin Swidler |
| 8/16/2013 | Review Defendant's response to notice; confer with RS | 0.9 | Justin Swidler |
| 8/16/2013 | Review Defendant's response to notice; confer with JS | 0.9 | Richard Swartz |
| 8/17/2013 | Review 1400 electronic documents received by Defendant, flag relevant documents, direct paralegal to turn certain PDFs into spreadsheets for calculations | 2.3 | Justin Swidler |
| 8/19/2013 | Draft stipulation regarding notice, implementing issues discussed with counsel regarding notice | 1 | Justin Swidler |
| 8/20/2013 | Review Defendant's proposed changes to stipulation, e-mail exchange with Defendant's counsel | 0.5 | Justin Swidler |
| 8/20/2013 | Finalize and File stipulation and notice | 0.3 | Justin Swidler |
| 8/28/2013 | Review Distriict of Utah Local Rules, draft and file request for decision | 0.3 | Justin Swidler |
| 8/30/2013 | Email exchange with Defendant's counsel regarding discovery issues and class notice issues | 0.2 | Justin Swidler |
| 9/5/2013 | Review Court order facilitating notice | 0.2 | Justin Swidler |

| Date | Description | Hours | Attorney |
|---|---|---|---|
| 9/6/2013 | Contact numerous printing companies for bid on notice, consultations | 3.4 | Justin Swidler |
| 9/10/2013 | discussion with printing company, acceptance of bid | 0.4 | Justin Swidler |
| 9/11/2013 | E-Mail to Local Counsel, Re: Complaint and other issues | 0.2 | Justin Swidler |
| 9/15/2013 | Obtain new telephone numbers, 800 number, routing system to handle anticipated calls, emails, and faxes, finalize formatting of notice, update website to reflect notice | 4 | Justin Swidler |
| 9/15/2013 | Apply for BRM in conjunction with mailing | 1 | Justin Swidler |
| 9/17/2013 | Review Messages received from website, respond | 0.4 | Justin Swidler |
| 9/23/2013 | Review proof and conference with United Graphics on proof issues | 1.6 | Justin Swidler |
| 9/25/2013 | conference with United Graphics, printing issues, concerns | 0.6 | Justin Swidler |
| 9/27/2013 | conference with United Graphics, confirming that notice will be delivered, no other issues noted | 0.3 | Justin Swidler |
| 10/1/2013 | correspondence with Defendant, re discovery | 0.2 | Justin Swidler |
| 10/1/2013 | Phone Discussions with Opt-in Plaintiffs | 0.3 | Daniel Horowitz |
| 10/2/2013 | Phone Discussions with Opt-in Plaintiffs | 0.3 | Daniel Horowitz |
| 10/2/2013 | conference with United Graphics | 0.3 | Justin Swidler |
| 10/3/2013 | Phone Discussions with Opt-in Plaintiffs | 1.9 | Daniel Horowitz |
| 10/3/2013 | Conference with Counsel in separate case against CR England, re: possible confusion, follow up e-mail | 1 | Justin Swidler |
| 10/4/2013 | Phone Discussions with Opt-in Plaintiffs, conference with js | 8.8 | Daniel Horowitz |
| 10/4/2013 | conference with dh, discussions with opt-ins | 2.3 | Justin Swidler |
| 10/5/2013 | Phone Discussions with Opt-in Plaintiffs | 4.4 | Daniel Horowitz |
| 10/7/2013 | Phone Discussions with Opt-in Plaintiffs, conference with js | 9.2 | Daniel Horowitz |
| 10/7/2013 | conference with dh, discussions with opt-ins | 3 | Justin Swidler |
| 10/8/2013 | Phone Discussions with Opt-in Plaintiffs | 7.3 | Daniel Horowitz |
| 10/9/2013 | Phone Discussions with Opt-in Plaintiffs, conference with dh | 2.5 | Justin Swidler |
| 10/9/2013 | Phone Discussions with Opt-in Plaintiffs, conference with js | 9.3 | Daniel Horowitz |
| 10/10/2013 | Phone Discussions with Opt-in Plaintiffs | 7.3 | Daniel Horowitz |
| 10/11/2013 | Phone Discussions with Opt-in Plaintiffs, conference with js | 7.6 | Daniel Horowitz |
| 10/11/2013 | conference with dh, follow-up with opt-ins | 2.1 | Justin Swidler |
| 10/14/2013 | Phone Discussions with Opt-in Plaintiffs | 8.1 | Daniel Horowitz |
| 10/15/2013 | Phone Discussions with Opt-in Plaintiffs | 5 | Daniel Horowitz |
| 10/15/2013 | Review Defendant's discovery responses, discuss with rs | 1.5 | Justin Swidler |
| 10/15/2013 | Review Defendant's discovery responses, discuss with js | 1.5 | Richard Swartz |
| 10/15/2013 | Discussion with Scott Hagen, Re: SSNs for undeliverables, compile list of undeliverable addresses and send to D | 0.5 | Justin Swidler |
| 10/16/2013 | Confernece with DH, follow-up with opt-ins | 2 | Justin Swidler |
| 10/16/2013 | Phone Discussions with Opt-in Plaintiffs | 5.1 | Daniel Horowitz |
| 10/17/2013 | Phone Discussions with Opt-in Plaintiffs | 6 | Daniel Horowitz |
| 10/18/2013 | Phone Discussions with Opt-in Plaintiffs, conference with JS | 4.8 | Daniel Horowitz |
| 10/18/2013 | conference with dh, follow-up with opt-ins | 1.7 | Justin Swidler |
| 10/18/2013 | review consent forms, discuss with paralegal staff how to file, e-mail to Defendant re: procedure for filing | 1.5 | Justin Swidler |
| 10/21/2013 | call to michael blue (left message) | 0.1 | Justin Swidler |
| 10/21/2013 | Phone Discussions with Opt-in Plaintiffs | 4.1 | Daniel Horowitz |
| 10/22/2013 | Phone Discussions with Opt-in Plaintiffs | 4 | Daniel Horowitz |
| 10/23/2013 | Phone Discussions with Opt-in Plaintiffs, conference with JS | 3.5 | Daniel Horowitz |
| 10/23/2013 | conference with dh, follow-up with opt-ins | 2 | Justin Swidler |
| 10/24/2013 | call from scott hagen | 0.3 | Justin Swidler |
| 10/24/2013 | draft stip regarding ssn | 1.1 | Justin Swidler |
| 10/24/2013 | Phone Discussions with Opt-in Plaintiffs | 3.9 | Daniel Horowitz |
| 10/24/2013 | Talk to General Counsel of Teamster Local 705, re case | 1.2 | Justin Swidler |
| 10/25/2013 | Update Undeliverable list, provide to Defendant | 0.6 | Justin Swidler |
| 10/25/2013 | Phone Discussions with Opt-in Plaintiffs | 3.2 | Daniel Horowitz |
| 10/28/2013 | Phone Discussions with Opt-in Plaintiffs, conference with JS | 3 | Daniel Horowitz |
| 10/28/2013 | conference with dh, follow-up with opt-ins | 1.7 | Justin Swidler |
| 10/29/2013 | Phone Discussions with Opt-in Plaintiffs | 1.4 | Daniel Horowitz |

| Date | Description | Hours | Attorney |
|---|---|---|---|
| 10/29/2013 | Research: consent forms filing under seal, Email to D regarding same | 2 | Justin Swidler |
| 10/30/2013 | Phone Discussions with Opt-in Plaintiffs | 2.5 | Daniel Horowitz |
| 10/31/2013 | Phone Discussions with Opt-in Plaintiffs | 1.2 | Daniel Horowitz |
| 11/1/2013 | Phone Discussions with Opt-in Plaintiffs | 2.7 | Daniel Horowitz |
| 11/4/2013 | Phone Discussions with Opt-in Plaintiffs | 2.4 | Daniel Horowitz |
| 11/5/2013 | follow up with opt-ins | 0.7 | Justin Swidler |
| 11/5/2013 | Phone Discussions with Opt-in Plaintiffs | 2.5 | Daniel Horowitz |
| 11/6/2013 | Phone Discussions with Opt-in Plaintiffs | 2.5 | Daniel Horowitz |
| 11/8/2013 | Phone Discussions with Opt-in Plaintiffs, conference with JS | 3.1 | Daniel Horowitz |
| 11/8/2013 | conference with dh, follow-up with opt-ins | 1.3 | Justin Swidler |
| 11/8/2013 | review court order/stip | 0.2 | Justin Swidler |
| 11/8/2013 | review and prepare 2,800 consent forms for filing | 2.5 | Justin Swidler |
| 11/10/2013 | Research, draft motion to extend opt-in period, postcard notiec | 9.5 | Justin Swidler |
| 11/11/2013 | review and revise motion and brief | 2.4 | Richard Swartz |
| 11/11/2013 | Phone Discussions with Opt-in Plaintiffs | 0.4 | Daniel Horowitz |
| 11/12/2013 | finalize and file motion, brief, draft form of order | 2 | Justin Swidler |
| 11/12/2013 | Phone Discussions with Opt-in Plaintiffs | 3 | Daniel Horowitz |
| 11/13/2013 | skip trace 4,048 undeliverable addressses, obtain report for undeliverables; confernce with printing company | 3.1 | Justin Swidler |
| 11/13/2013 | conference with database administrator/program, undeilverable feature, update | 1.2 | Justin Swidler |
| 11/13/2013 | Update Undeliverable list, provide to Defendant | 0.5 | Justin Swidler |
| 11/14/2013 | Phone Discussions with Opt-in Plaintiffs | 0.3 | Daniel Horowitz |
| 11/18/2013 | Phone Discussions with Opt-in Plaintiffs | 0.7 | Daniel Horowitz |
| 11/18/2013 | email exchange re: undeliverables | 0.3 | Justin Swidler |
| 11/19/2013 | Phone Discussions with Opt-in Plaintiffs | 0.2 | Daniel Horowitz |
| 11/20/2013 | Phone Discussions with Opt-in Plaintiffs | 0.3 | Daniel Horowitz |
| 11/22/2013 | Phone Discussions with Opt-in Plaintiffs | 0.2 | Daniel Horowitz |
| 11/25/2013 | Phone Discussions with Opt-in Plaintiffs, conference with JS | 3.9 | Daniel Horowitz |
| 11/25/2013 | conference with dh, follow-up with opt-ins | 1.4 | Justin Swidler |
| 11/26/2013 | Phone Discussions with Opt-in Plaintiffs | 0.3 | Daniel Horowitz |
| 11/27/2013 | review opposition brief filed by Defendant, outline reply argument | 2 | Justin Swidler |
| 12/1/2013 | Research Reply, begin drafting | 3.4 | Justin Swidler |
| 12/2/2013 | Finalize reply brief | 8.5 | Justin Swidler |
| 12/3/2013 | Phone Discussions with Opt-in Plaintiffs | 5.1 | Daniel Horowitz |
| 12/4/2013 | Phone Discussions with Opt-in Plaintiffs | 0.9 | Justin Swidler |
| 12/4/2013 | Phone Discussions with Opt-in Plaintiffs | 4.5 | Daniel Horowitz |
| 12/6/2013 | Phone Discussions with Opt-in Plaintiffs | 0.4 | Justin Swidler |
| 12/10/2013 | Review Court Order and Opinion, update website regarding deadline | 1.3 | Justin Swidler |
| 12/11/2013 | Phone Discussions with Opt-in Plaintiffs | 1.1 | Justin Swidler |
| 12/12/2013 | Phone Discussions with Opt-in Plaintiffs | 2.1 | Justin Swidler |
| 12/18/2013 | Phone Discussions with Opt-in Plaintiffs | 0.8 | Daniel Horowitz |
| 12/18/2013 | Review Discovery and draft discovery defiency letter to Defendant | 6 | Justin Swidler |
| 12/27/2013 | Phone Discussions with Opt-in Plaintiffs | 0.2 | Daniel Horowitz |
| 12/30/2013 | Phone Discussions with Opt-in Plaintiffs | 3.1 | Daniel Horowitz |
| 12/31/2013 | Phone Discussions with Opt-in Plaintiffs | 0.2 | Daniel Horowitz |
| 1/2/2014 | Phone Discussions with Opt-in Plaintiffs | 0.3 | Daniel Horowitz |
| 1/6/2014 | Phone Discussions with Opt-in Plaintiffs | 0.9 | Daniel Horowitz |
| 1/7/2014 | correspondence to Defendant, re extension of conference | 0.1 | Justin Swidler |
| 1/7/2014 | Draft Motion to Extend, proposed order, request for decision | 1.1 | Justin Swidler |
| 1/8/2014 | Phone Discussions with Opt-in Plaintiffs | 0.6 | Daniel Horowitz |
| 1/9/2014 | Phone Discussions with Opt-in Plaintiffs, conference with js | 0.3 | Daniel Horowitz |
| 1/9/2014 | conference with dh, follow-up with opt-ins | 2 | Justin Swidler |
| 1/10/2014 | review internet posting/video of opt-in plaintiff; discuss | 1.4 | Justin Swidler |
| 1/13/2014 | Phone Discussions with Opt-in Plaintiffs | 0.4 | Daniel Horowitz |

| Date | Description | Hours | Attorney |
|---|---|---|---|
| 1/15/2014 | Conference with DH, JB, RS, and JS, re client concerns, strategy moving forward | 1.5 | Justin Swidler |
| 1/15/2014 | Conference with DH, JB, RS, and JS, re client concerns, strategy moving forward | 1.5 | Daniel Horowitz |
| 1/15/2014 | Conference with DH, JB, RS, and JS, re client concerns, strategy moving forward | 1.5 | Joshua Boyette |
| 1/15/2014 | Conference with DH, JB, RS, and JS, re client concerns, strategy moving forward | 1.5 | Richard Swartz |
| 1/16/2014 | conference with JS, RS, named plaintiffs, re: strategy, resolution discussions goals | 1.2 | Justin Swidler |
| 1/16/2014 | conference with JS, RS, named plaintiffs, re: strategy, resolution discussions goals | 1.2 | Richard Swartz |
| 1/31/2014 | Phone Discussions with Opt-in Plaintiffs | 2.4 | Daniel Horowitz |
| 2/7/2014 | conference with Jim Wilson, Re: California claims | 1.3 | Justin Swidler |
| 2/8/2014 | revisit defiency letter, research, update same | 3.4 | Justin Swidler |
| 2/8/2014 | Review and revise defiency leter | 0.7 | Richard Swartz |
| 2/11/2014 | Phone Discussions with Opt-in Plaintiffs | 0.9 | Daniel Horowitz |
| 2/11/2014 | Conference call with Defendants | 0.5 | Justin Swidler |
| 2/12/2014 | Travel from Philadelphia to Utah | 8.5 | Justin Swidler |
| 2/12/2014 | Travel from Philadelphia to Utah | 8.5 | Joshua Boyette |
| 2/13/2014 | In-Person Status conference & prep | 1.5 | Justin Swidler |
| 2/13/2014 | In-Person Status conference & prep | 1.5 | Joshua Boyette |
| 2/13/2014 | Phone Discussions with Opt-in Plaintiffs | 1.2 | Daniel Horowitz |
| 2/16/2014 | Travel from Utah to Philadelphia | 8.5 | Justin Swidler |
| 2/16/2014 | Travel from Utah to Philadelphia | 8.5 | Joshua Boyette |
| 2/17/2014 | Email to Defendant: re 30(b)(6) Deposition | 0.5 | Justin Swidler |
| 2/21/2014 | Phone Discussions with Opt-in Plaintiffs | 0.8 | Daniel Horowitz |
| 2/24/2014 | Review email from Defendant 30(b)(6), amendment | 0.2 | Justin Swidler |
| 2/25/2014 | Discussion with Jim Wilson, Re: California claims, amendment | 0.7 | Justin Swidler |
| 2/25/2014 | Discussion with Defendant re: Discovery issues | 0.2 | Justin Swidler |
| 2/26/2014 | Review Defendant's response to defiency letter, confer with ESI consultant on same | 1.1 | Justin Swidler |
| 2/26/2014 | Research California labor laws, extrajurisdictional application, rest break laws, work on amendment | 7 | Justin Swidler |
| 2/27/2014 | Conference with Jim Wilson, RS, Re: claims to be maded under California law, proposed amended complaint | 1.2 | Justin Swidler |
| 2/27/2014 | Conference with Jim Wilson, JS Re: claims to be maded under California law, proposed amended complaint | 1.2 | Richard Swartz |
| 3/2/2014 | Draft and Research Motion to Amend | 5.5 | Justin Swidler |
| 3/3/2014 | Proofread/Revise Motion to Amend/Amended Complaint | 3 | Richard Swartz |
| 3/3/2014 | Finalize Amended Complaint, Motion, file | 2.5 | Justin Swidler |
| 3/7/2014 | Phone Discussions with Opt-in Plaintiffs | 5.1 | Daniel Horowitz |
| 3/8/2014 | Follow up with Jim Wilson and several opt-in plaintiffs | 2.4 | Justin Swidler |
| 3/21/2014 | Review Defendant's Opposition Motion, Exhibits (including California complaint); preliminary research on same, conference with RS | 4.5 | Justin Swidler |
| 3/21/2014 | Conference with JS re: Jasper, implications | 0.7 | Richard Swartz |
| 3/21/2014 | Phone Discussions with Opt-in Plaintiffs | 4.2 | Daniel Horowitz |
| 3/29/2014 | Legal Research on amendment, review of Jasper case, outline reply | 3 | Justin Swidler |
| 3/30/2014 | Draft and Research Reply Brief for Motion to Amend | 9.5 | Justin Swidler |
| 3/31/2014 | Discussion with JS, review of Defendant's Opposition, Proofread and revise Reply Brief | 4.2 | Richard Swartz |
| 3/31/2014 | Discussion with RS, finalize reply brief | 3.5 | Justin Swidler |
| 4/1/2014 | Review Docket Entries, Proposed Settlement Agreement, Preliminary Approval Motions, Second Amended Complaint, Third Amended Complaint | 2.5 | Justin Swidler |
| 4/1/2014 | Confer with RS, re: intervene/object | 1 | Justin Swidler |

| Date | Description | Hours | Attorney |
|---|---|---|---|
| 4/1/2014 | Confer with JS, re: intervene/object | 1 | Richard Swartz |
| 4/2/2014 | Confer with Client | 0.7 | Justin Swidler |
| 5/4/2014 | Research and Draft Ex Parte Application | 3.4 | Justin Swidler |
| 5/6/2014 | Continue Research/Drafting Application | 2.7 | Justin Swidler |
| 5/7/2014 | Continue Research/Drafting Application | 4.7 | Justin Swidler |
| 5/9/2014 | Finalize Application | 7 | Justin Swidler |
| 5/9/2014 | Proofread/Revise Application | 2.1 | Richard Swartz |
| 5/10/2014 | Review application per local counsel | 1 | Justin Swidler |
| 5/10/2014 | Draft/Research Objection Brief | 6.5 | Richard Swartz |
| 5/11/2014 | Draft/Research Objection Brief | 5.4 | Richard Swartz |
| 5/11/2014 | Research/Draft Objection Brief | 12 | Justin Swidler |
| 5/12/2014 | Finalize/Proofread Objection Brief | 8.5 | Justin Swidler |
| 5/12/2014 | Finalize/Proofread Objection Brief | 7 | Richard Swartz |
| 5/14/2014 | Review Opposition and Draft Reply | 7.5 | Justin Swidler |
| 5/17/2014 | Review .bak and related files received from Defendant (ESI); web research to determine how to read same | 4 | Justin Swidler |
| 5/19/2014 | Discussion with ESI consultant on discovery received, how to review and read | 2.5 | Justin Swidler |
| 5/20/2014 | Review Court's Order, re: filing consent forms; meeting with paralegal staff on same | 0.5 | Justin Swidler |
| 5/23/2014 | Review Opposition by Plaintiffs and Defendants | 0.8 | Justin Swidler |
| 5/24/2014 | Draft Response to Opposition, Research | 2.5 | Justin Swidler |
| 5/25/2014 | Draft Response to Opposition, Research | 3 | Justin Swidler |
| 5/26/2014 | Finalize Reply | 8 | Justin Swidler |
| 5/26/2014 | Research, Confer w Js, Revise and Proofread Reply | 2.8 | Richard Swartz |
| 6/1/2014 | Travel to Los Angeles/Prepare for Hearing | 8 | Justin Swidler |
| 6/1/2014 | Travel to Los Angeles/Prepare for Hearing | 8 | Richard Swartz |
| 6/2/2014 | Oral Argument in CA; Mtn to Intervene | 2 | Justin Swidler |
| 6/2/2014 | Oral Argument in CA; Mtn to Intervene | 2 | Richard Swartz |
| 6/2/2014 | Travel to Philadelphia | 8 | Justin Swidler |
| 6/2/2014 | Travel to Philadelphia | 8 | Richard Swartz |
| 6/24/2014 | Review Statement in Support of Final Approval by Defendants | 0.7 | Justin Swidler |
| 6/24/2014 | Review Motion for Final Approval by Plaintiffs | 1.3 | Justin Swidler |
| 7/2/2014 | Draft Supplement to Objections | 4.7 | Justin Swidler |
| 7/6/2014 | Travel to Los Angeles/Prepare for Hearing | 8 | Justin Swidler |
| 7/7/2014 | Oral Argument in CA; Final Fairness Hearing | 2 | Justin Swidler |
| 7/7/2014 | Return to Philadelphia | 8 | Justin Swidler |
| 7/14/2014 | Review Joint Report | 0.3 | Justin Swidler |
| 7/16/2014 | Draft Objections to Report | 3.5 | Justin Swidler |
| 7/21/2014 | 2 conferences with CA court | 1 | Justin Swidler |
| 7/21/2014 | Prepare declaration with opt-in forms attached | 0.2 | Justin Swidler |
| 7/21/2014 | Conference with Nancy Gray Re; Update | 0.2 | Justin Swidler |
| 7/22/2014 | Travel from Philadelphia to Utah | 8.5 | Justin Swidler |
| 7/23/2014 | Oral Argument Re: Motion to Amend, Travel from Utah to Philadelphia, email to court re: timing of Rule 23 motion | 10.5 | Justin Swidler |
| 7/23/2014 | Prepare declaration with document to court | 0.3 | Justin Swidler |
| 7/24/2014 | Discussion with Jim Wilson, Research Class Certification and outline class certification motion | 4 | Justin Swidler |
| 7/25/2014 | Draft Declaration, California law research, Rule 23 briefing | 12 | Justin Swidler |
| 7/25/2014 | Draft 30(b)(6) Notice and send to Defendant | 0.7 | Justin Swidler |
| 7/26/2014 | Continue work on Rule 23 motion and brief | 9.5 | Justin Swidler |
| 7/27/2014 | Rule 23 motion; conference with RS on same | 6.3 | Justin Swidler |
| 7/27/2014 | conference with JS on rule 23, review partially drafted motion, work on rule 23 motion | 7 | Richard Swartz |
| 7/28/2014 | Rule 23 motion; finalize, revise, conferences with RS on same | 14.5 | Justin Swidler |
| 7/28/2014 | Revising and working on rule 23 motion, conferences with JS on same | 11 | Richard Swartz |

| Date | Description | Hours | Attorney |
|---|---|---|---|
| 7/31/2014 | Confernece with CA Court | 0.5 | Justin Swidler |
| 8/1/2014 | Correspondence with Defendant's counsel re: mediation | 0.3 | Justin Swidler |
| 8/5/2014 | Discussion with iDiscoverySolutions re: CR England, damage assessment | 1.5 | Justin Swidler |
| 8/7/2014 | Review retainer agreement for CR England from iDiscoverySolutions | 1 | Justin Swidler |
| 8/7/2014 | Conference with the CA Court | 0.7 | Justin Swidler |
| 8/8/2014 | Email to J. Hanson Re: Digital Claims Submissions | 0.2 | Justin Swidler |
| 8/8/2014 | Email to Javier Gonzalez, Re: Participation by Phone | 0.1 | Justin Swidler |
| 8/8/2014 | Conference with CA Court | 0.8 | Justin Swidler |
| 8/8/2014 | Email to Plaintiffs' counsel | 0.1 | Justin Swidler |
| 8/11/2014 | Review Order to CA Court | 0.2 | Richard Swartz |
| 8/11/2014 | Prepare document for counsel, re: 2500 Campbell members | 1.6 | Justin Swidler |
| 8/12/2014 | Discussion with ESI consultant regarding number of missing drivers from production, average length of employment, other issues | 1.2 | Justin Swidler |
| 8/13/2014 | Amend 30b6 notice, send to Defendant | 0.3 | Justin Swidler |
| 8/13/2014 | Prep for 30b6, conference with ESI consultant | 8.2 | Justin Swidler |
| 8/13/2014 | Prep for 30b6, consultation with ESI consultant | 8.2 | Joshua Boyette |
| 8/14/2014 | Travel from Philadelphia to Utah, prep for 30b6 at hotel | 11 | Justin Swidler |
| 8/14/2014 | Travel from Utah to Philadelphia, prep for 30b6 at hotel | 11 | Joshua Boyette |
| 8/15/2014 | Deposition of 30b6 | 3 | Justin Swidler |
| 8/15/2014 | Deposition of 30b6 | 3 | Joshua Boyette |
| 8/15/2014 | Travel from Utah to Philadelphia | 8.5 | Justin Swidler |
| 8/15/2014 | Travel from Utah to Philadelphia | 8.5 | Joshua Boyette |
| 8/16/2014 | Review Rule 23 opposition, Motion to Dismiss, research, outline argument for reply | 3 | Justin Swidler |
| 8/22/2014 | Discussions with Named Plaintiffs, re status of case | 1.7 | Justin Swidler |
| 8/23/2014 | Work on Reply Brief for Rule 23 | 4.5 | Justin Swidler |
| 8/24/2014 | draft and finalize reply brief for rule 23 certification | 6.5 | Justin Swidler |
| 8/24/2014 | proofread and revise rule 23 reply brief | 2 | Joshua Boyette |
| 9/1/2014 | Review Motion to Dismiss, outline and draft opposition, | 3 | Justin Swidler |
| 9/2/2014 | Finalize oppposition to Motion to Dismiss | 0.8 | Justin Swidler |
| 9/3/2014 | Review and outline deposition transcript; consult with ESI expert regarding electronic data and damage calculations | 6.2 | Justin Swidler |
| 9/12/2014 | Discuss preliminary analysis on ESI data with iDS | 1.5 | Justin Swidler |
| 9/13/2014 | Draft collective email to class members | 2.1 | Justin Swidler |
| 9/13/2014 | Email to claims admin, Re: notices received by SS | 0.2 | Justin Swidler |
| 9/13/2014 | Review email from claims admin | 0.1 | Justin Swidler |
| 9/13/2014 | Review claims forms and objections prior to submitting | 0.3 | Justin Swidler |
| 9/15/2014 | Review Order granting motion to extend | 0.1 | Justin Swidler |
| 9/15/2014 | Review claims forms and objections prior to submitting | 0.2 | Justin Swidler |
| 9/19/2014 | Review opt-in forms, follow up with several opt-in plaintiffs | 0.7 | Justin Swidler |
| 9/20/2014 | Review Damage Calculations provided by iDS, discuss with RS | 2.1 | Justin Swidler |
| 9/20/2014 | Review Damage Calculations provided by iDS, discuss with JS | 1 | Richard Swartz |
| 9/24/2014 | Discussion with iDS on damage computations | 1.2 | Justin Swidler |
| 9/26/2014 | Motion for attorney's fees/objections/research | 4.8 | Justin Swidler |
| 10/3/2014 | Research legal issues and draft detailed demand letter to Defendant | 6 | Justin Swidler |
| 10/5/2014 | Additional work on demand letter, complete first draft | 5.2 | Justin Swidler |
| 10/6/2014 | Proofread and edit demand letter | 3.5 | Richard Swartz |
| 10/6/2014 | Finalize and send demand letter | 4 | Justin Swidler |
| 10/17/2014 | Draft Motion to Extend, proposed order | 1 | Justin Swidler |
| 10/23/2014 | Review and discuss with expert SQL queries, send to Defendant for expert review | 1.7 | Justin Swidler |
| 10/26/2014 | Travel to Los Angeles/Prepare for hearing | 8 | Richard Swartz |
| 10/27/2014 | Final Fairness Hearing - CA | 2 | Richard Swartz |

| Date | Description | Hours | Attorney |
|---|---|---|---|
| 10/27/2014 | Return to Philadelphia | 8 | Richard Swartz |
| 11/12/2014 | Phone Discussions with Opt-in Plaintiffs | 3.8 | Travis Martindale |
| 11/13/2014 | Phone Discussions with Opt-in Plaintiffs | 0.5 | Travis Martindale |
| 11/14/2014 | Phone Discussions with Opt-in Plaintiffs | 0.5 | Travis Martindale |
| 11/17/2014 | Phone Discussions with Opt-in Plaintiffs | 0.4 | Travis Martindale |
| 11/18/2014 | Phone Discussions with Opt-in Plaintiffs/emails | 2.6 | Travis Martindale |
| 12/1/2014 | Phone Discussions with Opt-in Plaintiffs | 0.4 | Travis Martindale |
| 12/5/2014 | Phone Discussions with Opt-in Plaintiffs | 1.4 | Travis Martindale |
| 12/8/2014 | Phone Discussions with Opt-in Plaintiffs | 0.1 | Travis Martindale |
| 12/9/2014 | Phone Discussions with Opt-in Plaintiffs | 0.4 | Travis Martindale |
| 12/10/2014 | Phone Discussions with Opt-in Plaintiffs | 0.4 | Travis Martindale |
| 12/11/2014 | Phone Discussions with Opt-in Plaintiffs | 0.1 | Travis Martindale |
| 12/12/2014 | Phone Discussions with Opt-in Plaintiffs | 0.2 | Travis Martindale |
| 12/15/2014 | Phone Discussions with Opt-in Plaintiffs | 0.4 | Travis Martindale |
| 12/16/2014 | Phone Discussions with Opt-in Plaintiffs | 0.1 | Travis Martindale |
| 12/18/2014 | Phone Discussions with Opt-in Plaintiffs | 0.2 | Travis Martindale |
| 12/23/2014 | Phone Discussions with Opt-in Plaintiffs | 0.2 | Travis Martindale |
| 12/29/2014 | Phone Discussions with Opt-in Plaintiffs | 0.1 | Travis Martindale |
| 1/5/2015 | Phone Discussions with Opt-in Plaintiffs | 0.2 | Travis Martindale |
| 1/7/2015 | Phone Discussions with Opt-in Plaintiffs | 0.1 | Travis Martindale |
| 1/8/2015 | Phone Discussions with Opt-in Plaintiffs | 0.1 | Travis Martindale |
| 1/9/2015 | Phone Discussions with Opt-in Plaintiffs | 0.1 | Travis Martindale |
| 1/12/2015 | Phone Discussions with Opt-in Plaintiffs | 0.1 | Travis Martindale |
| 1/14/2015 | Travel from Philadelphia to Utah | 8.5 | Justin Swidler |
| 1/15/2015 | Motion to Dismiss Oral Argument and prep | 3.5 | Justin Swidler |
| 1/16/2015 | Phone Discussions with Opt-in Plaintiffs | 0.2 | Travis Martindale |
| 1/17/2015 | Travel from Utah to Philadelphia | 8.5 | Justin Swidler |
| 1/27/2015 | Phone Discussions with Opt-in Plaintiffs | 0.4 | Travis Martindale |
| 2/3/2015 | Phone Discussions with Opt-in Plaintiffs | 0.3 | Travis Martindale |
| 2/4/2015 | Phone Discussions with Opt-in Plaintiffs | 1.5 | Travis Martindale |
| 2/6/2015 | Phone Discussions with Opt-in Plaintiffs | 0.2 | Travis Martindale |
| 2/10/2015 | Phone Discussions with Opt-in Plaintiffs/emails | 1.8 | Travis Martindale |
| 2/18/2015 | Phone Discussions with Opt-in Plaintiffs | 0.1 | Travis Martindale |
| 2/27/2015 | Phone Discussions with Opt-in Plaintiffs | 0.1 | Travis Martindale |
| 3/1/2015 | Review Demand Letter and Documents, discussion with Plaintiffs regarding mediation; begin drafting mediation memo | 6.5 | Justin Swidler |
| 3/1/2015 | Discussions with JS, re: mediation memo, updating demand | 2.3 | Richard Swartz |
| 3/6/2015 | Review discovery and records in preparation for mediation, expand outline of damage model, research on claims to assist in mediation | 5.5 | Justin Swidler |
| 3/6/2015 | Phone Discussions with Opt-in Plaintiffs | 0.7 | Travis Martindale |
| 3/7/2015 | Conference regarding medation, demand, expectations, discussions with Named Plaintiffs | 1.8 | Justin Swidler |
| 3/7/2015 | Conference regarding medation, demand, expectations, discussions with Named Plaintiffs | 1.8 | Richard Swartz |
| 3/9/2015 | Phone Discussions with Opt-in Plaintiffs | 0.1 | Travis Martindale |
| 3/9/2015 | Travel to Utah from Philadelphia for mediation, phone conference with mediator | 9 | Justin Swidler |
| 3/9/2015 | Travel to Utah from Philadelphia for mediation, phone conference with mediator | 9 | Richard Swartz |
| 3/10/2015 | Mediation | 10 | Justin Swidler |
| 3/10/2015 | Mediation | 10 | Richard Swartz |
| 3/10/2015 | Phone Discussions with Opt-in Plaintiffs | 0.3 | Daniel Horowitz |
| 3/11/2015 | Travel from Utah to Philadelphia | 8.5 | Justin Swidler |
| 3/11/2015 | Travel from Utah to Philadelphia | 8.5 | Richard Swartz |
| 3/11/2015 | Phone Discussions with Opt-in Plaintiffs/emails | 1.7 | Travis Martindale |
| 3/14/2015 | Update with Named Plaintiffs on mediation | 2 | Justin Swidler |
| 3/14/2015 | Update with Named Plaintiffs on mediation | 2 | Richard Swartz |
| 3/18/2015 | Discussion with Defense Counsel | 0.4 | Justin Swidler |

| Date | Description | Hours | Attorney |
|---|---|---|---|
| 3/19/2015 | Discussion with mediator, re: continuing efforts at resolutions | 0.5 | Justin Swidler |
| 3/19/2015 | Discussion with mediator, re: continuing efforts at resolutions | 0.5 | Richard Swartz |
| 3/23/2015 | Communications with Named Plaintiffs, re: settlement | 1.5 | Justin Swidler |
| 3/27/2015 | Phone Discussions with Opt-in Plaintiffs | 0.2 | Travis Martindale |
| 3/30/2015 | Draft letter to Court advising on Settlement, send to Defendant, implement Defendant's revisions | 0.3 | Justin Swidler |
| 3/31/2015 | Phone Discussions with Opt-in Plaintiffs | 0.2 | Travis Martindale |
| 4/1/2015 | Communication with Defense Counsel | 0.1 | Justin Swidler |
| 4/1/2015 | Review Transcripts for Jasper appeal | 1.3 | Justin Swidler |
| 4/2/2015 | Discussion with Defense Counsel | 0.2 | Justin Swidler |
| 4/7/2015 | Phone Discussions with Opt-in Plaintiffs | 0.2 | Travis Martindale |
| 4/13/2015 | Review draft settlement agreement proposed by Defendant, outline areas of concern | 3 | Justin Swidler |
| 4/14/2015 | Review draft settlement agreement proposed by Defendant, outline areas of concern, discuss with JS | 4.2 | Justin Swidler |
| 4/14/2015 | Discussions with RS on settlement agreement | 1.5 | Justin Swidler |
| 4/15/2015 | Phone Discussions with Opt-in Plaintiffs/ltrs | 0.3 | Travis Martindale |
| 4/17/2015 | client ltrs | 0.1 | Travis Martindale |
| 4/18/2015 | Research conerns with settlement, draft revised language | 0.9 | Justin Swidler |
| 4/20/2015 | Phone Discussions with Opt-in Plaintiffs | 0.3 | Travis Martindale |
| 4/21/2015 | Phone Discussions with Opt-in Plaintiffs | 1.2 | Travis Martindale |
| 4/22/2015 | Phone Discussions with Opt-in Plaintiffs | 0.2 | Travis Martindale |
| 4/23/2015 | Phone Discussions with Opt-in Plaintiffs/emails | 0.2 | Travis Martindale |
| 4/24/2015 | finalize revisions to settlement, discuss with RS, provide to Defendant | 2 | Justin Swidler |
| 4/24/2015 | finalize revisions to settlement, discuss with JS | 1.6 | Richard Swartz |
| 4/24/2015 | Phone Discussions with Opt-in Plaintiffs | 0.3 | Travis Martindale |
| 4/27/2015 | Phone Discussions with Opt-in Plaintiffs | 0.3 | Travis Martindale |
| 4/30/2015 | Phone Discussions with Opt-in Plaintiffs | 0.4 | Travis Martindale |
| 5/4/2015 | Phone Discussions with Opt-in Plaintiffs | 0.3 | Travis Martindale |
| 5/7/2015 | Follow-up with Defendant on revisions to settlement | 0.2 | Justin Swidler |
| 5/12/2015 | Phone Discussions with Opt-in Plaintiffs | 0.5 | Travis Martindale |
| 5/14/2015 | Follow-up with Defendant on revisions to settlement | 0.1 | Justin Swidler |
| 5/14/2015 | Review proposed changes to settlement agreement from defendant, further discussion on terms, release period | 0.3 | Justin Swidler |
| 5/15/2015 | Revise Settlement Agreement and send to Defendants | 0.4 | Justin Swidler |
| 5/15/2015 | Phone Discussions with Opt-in Plaintiffs | 0.1 | Travis Martindale |
| 5/18/2015 | Phone Discussions with Opt-in Plaintiffs | 0.1 | Travis Martindale |
| 5/20/2015 | Research and begin drafting preliminary approval brief for settlement agreement under FLSA | 3.4 | Justin Swidler |
| 5/22/2015 | Phone Discussions with Opt-in Plaintiffs | 0.1 | Travis Martindale |
| 5/26/2015 | Phone Discussions with Opt-in Plaintiffs | 0.8 | Travis Martindale |
| 5/27/2015 | Contine working on prelimarinary approval brief | 6 | Justin Swidler |
| 5/27/2015 | Phone Discussions with Opt-in Plaintiffs | 0.1 | Travis Martindale |
| 5/30/2015 | Contine working on prelimarinary approval brief | 5.2 | Justin Swidler |
| 6/1/2015 | Phone Discussions with Opt-in Plaintiffs | 0.1 | Travis Martindale |
| 6/1/2015 | Complete first draft of preliminary approval brief | 4.5 | Justin Swidler |
| 6/1/2015 | Research and Draft Proposed Class Notice | 3.5 | Justin Swidler |
| 6/1/2015 | Proofread and revise Notice and Brief | 3.2 | Richard Swartz |
| 6/2/2015 | correspondence with Defendant regarding notice, brief, settlement agreement | 0.2 | Justin Swidler |
| 6/3/2015 | Phone discussion with Defendant regarding release, notice, brief, conference with RS regarding same | 1.5 | Justin Swidler |
| 6/3/2015 | Conference with JS regarding notice, brief, conference with Defendant | 1 | Richard Swartz |
| 6/5/2015 | correspondence with Defendant regarding scope of release, brief | 0.3 | Justin Swidler |

| Date | Description | Hours | Attorney |
|---|---|---|---|
| 6/8/2015 | Discussion with Defendant on revised release, | 0.6 | Justin Swidler |
| 6/9/2015 | Phone Discussions with Opt-in Plaintiffs | 0.3 | Travis Martindale |
| 6/10/2015 | Phone call to Defense Counsel | 0.1 | Justin Swidler |
| 6/10/2015 | Revised notice and settlement agreement per discussions with Defendant | 0.5 | Justin Swidler |
| 6/15/2015 | Message to Defense Counsel | 0.1 | Justin Swidler |
| 6/16/2015 | Phone Discussions with Opt-in Plaintiffs | 0.2 | Travis Martindale |
| 6/16/2015 | Review Defendant's modifications to the brief in support of preliminary approval; provide additional revisions | 0.7 | Justin Swidler |
| 6/17/2015 | Review of further revsions from Defendants; research and respond to question raised | 0.4 | Justin Swidler |
| 6/18/2015 | Phone Discussions with Opt-in Plaintiffs | 0.2 | Travis Martindale |
| 6/22/2015 | Phone Discussions with Opt-in Plaintiffs | 0.7 | Travis Martindale |
| 6/22/2015 | Further revisions to settlement approval brief | 0.5 | Justin Swidler |
| 6/23/2015 | Phone Discussions with Opt-in Plaintiffs | 0.3 | Travis Martindale |
| 6/24/2015 | Phone Discussions with Opt-in Plaintiffs | 0.1 | Travis Martindale |
| 6/26/2015 | Complete and finalize brief and notice, confirm with Defendants, file | 1.2 | Justin Swidler |
| 7/1/2015 | Phone Discussions with Opt-in Plaintiffs | 0.3 | Travis Martindale |
| 7/7/2015 | Phone Discussions with Opt-in Plaintiffs | 0.2 | Travis Martindale |
| 7/8/2015 | Phone Discussions with Opt-in Plaintiffs | 0.1 | Travis Martindale |
| 7/9/2015 | Phone Discussions with Opt-in Plaintiffs | 0.1 | Travis Martindale |
| 7/13/2015 | Phone Discussions with Opt-in Plaintiffs | 0.1 | Travis Martindale |
| 7/14/2015 | Discussion with Named Plaintiff Smiley, re Settlement Agreement, signature | 1.1 | Justin Swidler |
| 7/14/2015 | Discussion with Named Plaintiff H Brooks, re settlemetn Agreement signature | 0.3 | Justin Swidler |
| 7/14/2015 | Discussion with Named Plaintiff Atkins, re settlement agreement and signature | 0.3 | Justin Swidler |
| 7/14/2015 | Discussion with Named Plaintiff Diggins, re settlement agreement and signature | 0.5 | Justin Swidler |
| 7/14/2015 | Discussion with Named Plaintiff Jackson, re settlement agreement and signature | 0.4 | Justin Swidler |
| 7/15/2015 | Discussion with Named Plaintiff Campbell, re settlement agreement and signature | 0.8 | Justin Swidler |
| 7/17/2015 | Message to Defense Counsel | 0.1 | Justin Swidler |
| 7/18/2015 | Discussion with Named Plaintiff B Brooks, re settlement agreement and signature | 1 | Justin Swidler |
| 7/21/2015 | Phone Discussions with Opt-in Plaintiffs | 0.2 | Travis Martindale |
| 7/21/2015 | Phone Discussions with Opt-in Plaintiffs | 0.1 | Travis Martindale |
| 7/22/2015 | Phone Discussions with Opt-in Plaintiffs | 0.6 | Travis Martindale |
| 7/23/2015 | Phone Discussions with Opt-in Plaintiffs | 0.1 | Travis Martindale |
| 7/27/2015 | Phone Discussions with Opt-in Plaintiffs | 1 | Travis Martindale |
| 7/27/2015 | call from JL class member | 0.5 | Justin Swidler |
| 7/27/2015 | email from/to AG, class member | 0.2 | Justin Swidler |
| 7/28/2015 | Phone Discussions with Opt-in Plaintiffs | 3.9 | Travis Martindale |
| 7/29/2015 | call with client - John Lucas | 0.2 | Justin Swidler |
| 7/29/2015 | Phone Discussions with Opt-in Plaintiffs | 2.8 | Travis Martindale |
| 7/30/2015 | Phone Discussions with Opt-in Plaintiffs | 3.9 | Travis Martindale |
| 8/4/2015 | Phone Discussions with Opt-in Plaintiffs | 0.2 | Travis Martindale |
| 8/5/2015 | Phone Discussions with Opt-in Plaintiffs | 4.3 | Travis Martindale |
| 8/10/2015 | Phone Discussions with Opt-in Plaintiffs | 0.4 | Travis Martindale |
| 8/11/2015 | Phone Discussions with Opt-in Plaintiffs | 1.5 | Travis Martindale |
| 8/13/2015 | Phone Discussions with Opt-in Plaintiffs | 3 | Travis Martindale |
| 8/14/2015 | Phone Discussions with Opt-in Plaintiffs | 1.3 | Travis Martindale |
| 8/18/2015 | Phone Discussions with Opt-in Plaintiffs | 0.1 | Travis Martindale |
| 8/25/2015 | Phone Discussions with Opt-in Plaintiffs | 1.2 | Justin Swidler |

| Date | Description | Hours | Attorney |
|---|---|---|---|
| 8/25/2015 | Phone Discussions with Opt-in Plaintiffs | 1.7 | Travis Martindale |
| 8/26/2015 | Phone Discussions with Opt-in Plaintiffs | 0.2 | Travis Martindale |
| 8/27/2015 | Phone Discussions with Opt-in Plaintiffs | 1.5 | Travis Martindale |
| 8/27/2015 | call from opt-in, write letter for opt-in | 2.4 | Justin Swidler |
| 9/2/2015 | Review undeliverables, create system to contact, send blast email, set up database for updating, conference with paralegal staff and TM | 3 | Justin Swidler |
| 9/2/2015 | Review undeliverables, create system to contact, send blast email, set up database for updating, conference with paralegal staff and JS | 3 | Travis Martindale |
| 9/3/2015 | Respond to inquiries regarding case form opt-in plaintiffs | 1.3 | Justin Swidler |
| 9/3/2015 | Begin researching and drafting brief for final approval | 3.4 | Justin Swidler |
| 9/4/2015 | Continue reseach/draft brief for final approval | 2.7 | Justin Swidler |
| 9/8/2015 | Continue reseach/draft brief for final approval | 7.4 | Justin Swidler |
| 9/9/2015 | Continue reseach/draft brief for final approval | 9 | Justin Swidler |
| 9/9/2015 | Review and edit brief for final approval | 6.5 | Richard Swartz |
| 9/10/2015 | Finalize and file brief for final approval, review declaration from KCC, prepare declaration of counsel | 9 | Justin Swidler |
| | | | |
| ESTIMATED | | | |
| 9/17/2015 | Travel to Salt Lake City for Final Approval Hearing | 8.5 | Justin Swidler |
| 9/18/2015 | Prep for Hearing/Final Approval Hearing | 2.5 | Justin Swidler |
| 9/19/2015 | Return to Philadelphia | 8.5 | Justin Swidler |
| | | | |
| | Responding to inquiries from approximately 300 (3%) of class members, average 10 minutes per call | 50 | Travis Martindale |
| | Responding to inquiries from and conferences with claims administrator, confirming and calcluating settlement allocations, follow up with opt-in plaintiffs who want to speak to trial counsel (estimated to be about 30 members) | 25 | Justin Swidler |
| | | | |
| TOTAL | | 1245.3 | |