# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KOFI CAMPBELL, et al. <br><br> Plaintiffs, <br><br> v. <br><br> C.R. ENGLAND, INC., et al <br><br> Defendants. | Case No: 2:13-cv-00262-CW <br><br> **DECLARATION OF JENNY CUDWORTH RE: NOTICE PROCEDURES** <br><br> Judge: Hon. Clark Waddoups |

I, JENNY CUDWORTH, declare:

1. I am a Senior Consultant at Kurtzman Carson Consultants LLC ("KCC"), located at 75 Rowland Way, Suite 250, Novato, California. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. The purpose of this declaration is to provide the Parties and the Court with a summary and the results of the work performed by KCC related to the Notice Procedures for the *Campbell v. C.R. England, Inc., et al.* settlement following the Preliminary Approval.

3. KCC was retained to, among other tasks, mail the Notice of Preliminary Approval of Settlement and Hearing Date for Final Court Approval (the "Notice"). A copy of the Notice is attached hereto as Exhibit A.

4. On July 14, 2015, KCC received from the Defendant a computerized list of 10,940

unique names and addresses, characterized as the Class Member List, i.e., all over-the-road truck drivers employed by C. R. England, Inc. who timely filed a consent to opt-in as a member of the plaintiff class in the above-named lawsuit.

5. On or before July 15, 2015, I caused the addresses in the Class Member List to be updated using the National Change of Address system, which updates addresses for all people who had moved during the previous four years and filed a change of address with the U.S. Postal Service. New addresses were found for 2,175 class members. The Class Member List was updated with these new addresses.

6. On or before July 24, 2015, I caused the Notice to be printed, and each of the names and addresses of the class members to be printed on envelopes. I then caused a Notice to be inserted into the envelope for each Class Member (the "Notice Packets").

7. On July 24, 2015, I caused the 10,940 Notice Packets to be mailed by First Class postage at the U.S. Post Office in Santa Ana, California.

8. During the period July 24, 2015 through September 8, 2015, 93 Notice Packets were returned to KCC by the U.S. Postal Service with forwarding addresses. I caused the Class Member List to be updated with the new addresses and Notice Packets to be re-mailed to the class members at each of these new addresses.

9. During the period July 24, 2015 through September 8, 2015, 858 Notice Packets were returned to KCC by the U.S. Postal Service without forwarding addresses. KCC conducted address searches using credit and other public source databases to locate new addresses for 857 of these class members. One class member was not searched because he had previously contacted Class Counsel to provide them his new address. Of the 857 class members searched, new addresses were found for 601 of them and no new addresses were found for 256 of them. The Class Member List was updated with these new addresses and Notice Packets were re-mailed to these 601 class members using the new addresses.

10. Of the 601 class members with newly found addresses, 133 were returned by the U.S. Postal Service once more without a forwarding address. These addresses were not searched again.

11. Altogether, there are 389 class members with known bad addresses (133 mailed,

returned, searched, re-mailed and returned once more by the U.S. Postal Service a second time and 256 searched without a new address being found).

     12. As of the date of this declaration, KCC has received no Objections to the Settlement.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this 10th day of September 2015 at Novato, California.

_____
JENNY CUDWORTH

---

3

DECLARATION OF JENNY CUDWORTH RE: NOTICE PROCEDURES

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT IN AND FOR
THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KOFI CAMPBELL, BILLY BROOKS, HOWARD BROOKS, CHARLIE SMILEY III, ERIC DIGGINS, MICHAEL ATKINS, CALEB JACKSON, CHRISTOPHER KELLY, and COLLECTIVE ACTION PLAINTIFFS JOHN DOES 1-10,<br><br>Plaintiffs,<br><br>v.<br><br>C. R. ENGLAND, INC. d/b/a ENGLAND CARRIER SERVICES, ECS, and PREMIER TRUCK DRIVING SCHOOL, and JOHN DOES 1-10,<br><br>Defendants. | NOTICE OF PRELIMINARY APPROVAL OF SETTLEMENT AND HEARING DATE FOR FINAL COURT APPROVAL<br><br><br>Case No. 2:13-cv-00262-CW<br><br>Judge Clark Waddoups |

**PLEASE READ THIS NOTICE CAREFULLY.
YOUR LEGAL RIGHTS MAY BE AFFECTED.
YOU MAY BE ENTITLED TO MONEY FROM THE SETTLEMENT**

**To:** All over-the-road truck drivers employed by C. R. England, Inc. who timely filed a consent to opt-in as a member of the plaintiff class in the above-named lawsuit.

**Re:** Notice of preliminary approval of settlement and hearing date for final court approval.

1. **INTRODUCTION**

    This Notice of Preliminary Approval of Settlement and Hearing Date for Court Final Approval ("Notice") is to inform you that an agreement has been reached between plaintiffs and C. R. England, Inc. ("England") to settle the claims in this class action lawsuit. You have filed a consent form to opt-in as a member of the plaintiff class. The plaintiffs in this pending lawsuit alleged that England violated the Fair Labor Standards Act ("FLSA"), by not paying them required minimum wages. The lawsuit sought back pay for unpaid minimum wages, liquidated damages and attorneys' fees. All claims brought in the lawsuit are to be resolved by this settlement, including all claims for violation of the FLSA and any wage claims under state law.

    This Notice is to inform you about the status of the lawsuit, including a statement of your rights with respect to a proposed settlement of the case; and your option to file with the Court any objections you may have to the settlement.

2.  **DESCRIPTION OF THE LAWSUIT**

Eight over-the-road truck drivers, Kofi Campbell, Billy Brooks, Howard Brooks, Charlie Smiley III, Eric Diggins, Michael Atkins, Caleb Jackson, and Christopher Kelly ("Representative Plaintiffs"), brought this lawsuit against C.R. England on behalf of themselves and all C.R. England employees who have worked for C.R. England as an over-the-road truck driver at any point from July 22, 2010 to the present. The Representative Plaintiffs contend that C.R. England failed to pay them for compensable time spent in training, in orientation, in testing, in a sleeper berth and for compensable breaks and waiting time, and as a result, paid them less than minimum wage.

C. R. England denies Plaintiffs' allegations and has defended vigorously against Plaintiffs' claims.

Extensive discovery has been conducted in this case, allowing both sides to fully evaluate the merits of the claims and defenses in the lawsuits. As a result, the parties are fully informed of each other's positions and are sufficiently knowledgeable concerning the likely evidence at trial to resolve the issues in this case on terms all parties believe to be fair and reasonable.

This settlement is the result of settlement discussions and extensive negotiations between the Plaintiffs' and England's attorneys and culminated after a private mediation where a neutral third party mediator assisted the parties in reaching a compromise. Plaintiff's Counsel and the Representative Plaintiffs believe that further proceedings in this case on the issues resolved by this settlement, including trial and a probable appeal, would be very expensive and protracted. No one can confidently predict how the various questions at issue, including the amount of damages, ultimately would be resolved. Therefore, upon careful consideration of all of the facts and circumstances of this case, Plaintiff's Counsel and the Representative Plaintiffs believe that the proposed settlement with England is fair and reasonable.

3.  **SUMMARY OF SETTLEMENT TERMS**

On July 6, 2015, the Court preliminarily approved the settlement. This Notice is being sent to you because you filed a timely consent to opt into the lawsuit. As such, this settlement may affect your rights.

   A. Settlement Payments

   In return for settlement and a release of all the claims in the lawsuit, England has agreed to pay $5,000,000.00 (the "Settlement Fund") to resolve plaintiffs' claims.

   The Court has tentatively approved compensation to Plaintiff's Counsel for their work in this matter of $1,666,666.00 (33.33 percent of the $5,000,000.00 Settlement Fund amount). The Court has also tentatively approved reimbursement of expenses and costs up to the amount of $100,000.00. The Court has also tentatively approved payments to Representative Plaintiffs Campbell, B. Brooks, H. Brooks, Smiley, Diggins, Atkins and Jackson in the amount of $7,500.00 each. The Court has approved these fees and costs as reasonable considering all of the circumstances of this case. The attorneys' fees and costs, the administration costs, and payments to the above identified Representative Plaintiffs will be deducted from the Settlement Fund, and the remaining amount ("Net Settlement Amount") will be used to calculate the share of each class member.

   All payments to Plaintiffs shall be made only from the Net Settlement Amount, which will be distributed as follows:

   1. Each eligible class member who submitted a Consent Form on or before March 10, 2015, and who is *not* a class member in the separate case brought against England in California styled *Jasper, et al. v. C. R. England, Inc.,* District Court Case No. 2:08-cv-5266-GW (the "Jasper" case)*,* shall be paid $150.00 plus a pro-rated amount for each month of employment with England from April 12, 2010 through March 10, 2015, for a maximum period of 36 months;

2. Each eligible class member who submitted a Consent form on or before March 10, 2015 and who *is* a J*asper* class member shall be paid 1/3 of the amount he or she would receive if he or she was not a *Jasper* class member. The reason for this deduction is the language of the *Jasper* settlement releases the claims at issue here, and there is a considerable risk to *Jasper* class members that their claims would be dismissed with prejudice if the Ninth Circuit affirms the District Court's decision to give final approval of the Class Settlement reached in *Jasper*.

   Half of the settlement payment made to each class member shall be considered wages and subject to W-2 reporting and tax withholdings. The other half shall be considered liquidated damages and shall be reported on a Form 1099.

   You will not have to make any additional payments to the Plaintiff's Counsel who represented you in this lawsuit.

B. Disposition of Undistributed Funds

Any payment checks returned as undeliverable or any payment checks which have not been cashed within 90 days of the original mailing shall no longer be valid. In the event that class members cannot be located through reasonable efforts or there are any monies left unclaimed in the Settlement Fund, including any accrued interest, such amounts will be distributed to the class members who can be located according to the same formula specified above, unless the total amount of undeliverable payments is less than $5.00 per class member, in which case such total amount shall be contributed to the St. Christopher Truckers Development and Relief Fund.

4. **BINDING EFFECT AND CLASS RELEASE**

If approved by the Court, the settlement agreement will be binding on all members of the class and will bar any class member from bringing any claims settled under the approved Settlement Agreement. The settlement, once approved by the Court, will fully release and discharge England and the other released parties from any and all claims, rights, demands, charges, complaints, causes of action, obligations, or liability of any and every kind (including any and all claims or demands for attorneys' fees and costs), which arise out of the alleged facts, circumstances, and occurrences underlying the claims asserted in the case and which were asserted or could have been asserted in this case for any wage claims or any FLSA violations, at any time up to and including July 6, 2015, the date that the settlement was preliminarily approved.

5. **OBJECTIONS TO THE PROPOSED SETTLEMENT**

If you believe that the proposed settlement agreement should not be finally approved by the Court for any reason, you may object to the proposed settlement agreement. If you want to object to the proposed settlement agreement, you must mail an objection in writing to:

*Campbell v. C.R. England, Inc., et al.* Claims Administrator
P.O. Box 40007
College Station, TX 77842-4007

You must state the name of the case, your name, the date, and you should clearly state the basis of your objection. Your objection must be mailed on or before September 7, 2015.

You may appear at the hearing scheduled for September 18, 2015 at 3:00 p.m. in Courtroom #8.100 of the United States District Court for the District of Utah, which is located at 351 S. West Temple Street, Salt Lake City, Utah 84101. If you object to the settlement, your objection will be considered by the Court whether or not you attend the hearing. However, objections not previously filed in writing in a timely manner will not be considered. Any attorney who will represent an individual objecting to the settlement

agreement must file a notice of appearance with the Court and serve counsel for all parties on or before September 7, 2015.  All objections or other correspondence must state the name and number of the case, which is *Kofi Campbell, et al. v. C. R. England, Inc., et al.*, United States District Court for the District of Utah, Case No. 2:13-cv-00262-CW (Hon. Clark Waddoups).

**6.   FINAL SETTLEMENT APPROVAL HEARING**

At the hearing on September 18, 2015 at 3:00 p.m. in Courtroom #8.100 at the Federal Courthouse located at 351 S. West Temple Street, Salt Lake City, Utah 84101, the Court will determine whether the settlement should be finally approved as fair and reasonable.

The hearing may be rescheduled without further notice to the settlement class. It is not necessary for you to appear at this hearing.

**7.   FURTHER INFORMATION AND ADDRESSES OF THE PLAINTIFFS' COUNSEL**

The summary of the proposed settlement agreement in this Notice does not include all of the terms and conditions of the settlement. The only complete statement of the terms of the proposed settlement is in the actual settlement agreement that has been preliminarily approved by the District Court. Copies of the proposed settlement agreement are available for inspection or printing from Plaintiffs' attorneys' office. The pleadings and other records in this litigation, including the Settlement Agreement, may be examined at any time during regular business hours at the Office of the Clerk of the United States District Court of Utah, which is located at 351 S. West Temple Street, Salt Lake City, Utah 84101.

**PLEASE DO NOT CALL THE JUDGE OR THE COURT CLERK.**

If you have any questions about the settlement agreement, you may contact the Plaintiffs' Counsel at:

> Justin L. Swidler, Esq.
> Richard S. Swartz, Esq.
> SWARTZ SWIDLER, LLC
> 1101 Kings Hwy N., Suite 402
> Cherry Hill, NJ  08004
> Tel: (856) 685-7420
> Fax: (856) 685-7417
> Email:  jswidler@swartz-legal.com
>             rswartz@swartz-legal.com

**8.   CLAIMS ADMINISTRATOR**

For purposes of serving copies of any objections, or if you need to update any contact information or if you need another copy of the notice, please contact:

*Campbell v. C.R. England, Inc., et al.* Claims Administrator
P.O. Box 40007
College Station, TX 77842-4007
